| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CYNTHIA A. DEMELLO, | ) | |
| Plaintiff, | ) | CIVIL NO.   06-04711 MHP |
| v. | ) | STIPULATION AND ORDER EXTENDING<br>DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | RESPONSE TO PLAINTIFF'S<br>MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on December 21, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on January 22, 2007.

///

///

///

///

///

///

---

[1] See attached Declaration of Jaime Preciado.

1  This is defendant's first request.

5  Dated: December 13, 2006          /s/
                                     BARBARA M. RIZZO
6                                    Attorney for Plaintiff

                                     KEVIN V. RYAN
8                                    United States Attorney

12 Dated: December 14, 2006   By:    /s/
                                     SARA WINSLOW
13                                   Assistant United States Attorney

14 PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:  12/19/06                   _____
                                     MARILYN H. PATEL
20                                   United States District Judge

DEMELLO, EXT.MXSJ (jp)
C 06-04711 MHP                              2

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA A. DEMELLO,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. C-06-4711 MHP<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Jaime Preciado, declare and state as follows:

   1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

   2.   I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2 | Executed in San Francisco, California on December 13, 2006.

By    /s/
Jaime Preciado
Assistant Regional Counsel