1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  LUCILLE GONZALES MEIS
   Chief Counsel, Region IX
3   Social Security Administration
   JAIME L. PRECIADO SBN 1030911
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, CA. 94105
6       Tel: (415) 977-8943
        Fax: (415)744-0134
7       Email: jaime.preciado@ssa.gov

8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 CYNTHIA A. DEMELLO,           )
                                 )
14      Plaintiff,                ) CIVIL NO.  06-04711 MHP
                                 )
15      v.                        ) STIPULATION AND ORDER EXTENDING
                                 ) DEFENDANT'S TIME TO FILE
16 JO ANNE B. BARNHART,          ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT
17                               )
        Defendant.                )
18 _____ )

19      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

21 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

22 January 22, 2007, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 21,

23 2007.

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Jaime Preciado.

This is defendant's second request.

Dated: *January 19, 2007*        /s/ *Barbara M. Rizzo*
                                 *(As authorized via Fax on January 19, 2007*)
                                 BARBARA M. RIZZO
                                 Attorney for Plaintiff


                                 KEVIN V. RYAN
                                 United States Attorney


Dated: *January 19, 2007*        By: /s/ *Jaime L. Preciado*
                                 JAIME L. PRECIADO
                                 Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: Jan. 24, 2007             _____
                                 MARILYN HALL PATEL
                                 United States District Judge

```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
 3  Social Security Administration
    JAIME L. PRECIADO SBN 1030911
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, CA. 94105
 6      Tel: (415) 977-8943
        Fax: (415)744-0134
 7      Email: jaime.preciado@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA A. DEMELLO, ) | |
| Plaintiff, ) | CIVIL NO.   06-04711 MHP |
| v. ) | DECLARATION OF JAIME L. PRECIADO IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

I, Jaime L. Preciado, declare and state as follows:

   1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

   2.   I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to file a motion for remand in this case. On January 18, 2007, I spoke with Plaintiff's counsel, and although it was agreed that remand was necessary, the language and reasons for a stipulated remand could not be agreed upon. Therefore, a motion for remand is necessary. Plaintiff's counsel agreed to allow Defendant a 30 day extension in order to file the motion.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2  Executed in San Francisco, California on January 19, 2007.
3
4
5             By    /s/ *Jaime L. Preciado*
                   Jaime L. Preciado
6                  Special Assistant United States Attorney