UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA A. DEMELLO, | ) |
| Plaintiff, | ) CIVIL NO.  06-04711 MHP |
| v. | ) ~~PROPOSED~~ ORDER AWARDING EQUAL ACCESS |
| | ) TO JUSTICE ACT ATTORNEY'S FEES PURSUANT |
| MICHAEL J. ASTRUE[1], | ) TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO |
| Commissioner of Social Security, | ) 28 U.S.C. § 1920 |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and costs,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of forty-five hundred dollars and zero cents ($4500.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of four-hundred ninety-five dollars and twenty-four cents ($495.24) subject to the terms of the above-referenced Stipulation.

Dated: 10/30/2007

THE HONORABLE
UNITED STATES MAGISTRATE
MARILYN HALL PATEL



IT IS SO ORDERED
Judge Marilyn H. Patel

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).