UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA A. DEMELLO, | ) | Case No.: C-06-04711 MHP |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY'S FEES PURSUANT TO |
| | ) | 42 U.S.C. SECTION 406(b) |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The Court finds that the requested attorney's fees are reasonable and hereby orders the Defendant to pay directly to Plaintiff's attorney, Barbara M. Rizzo, the sum of $14,845.25 for attorney's fees pursuant to the 42 U.S.C. Section 406(b).

IT IS SO ORDERED

Dated:___May 1, 2008_____

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA